# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Albert Uriah Mathis,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00009-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Chris Shew,** | ) | |
| | ) | |
| Respondent,. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2020 Order.

April 27, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court